USCA1 Opinion

 

 September 14, 1995 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT  ____________________ No. 94-1856  ARTHUR J. TOEGEMANN, Plaintiff, Appellant, v. CITY OF CRANSTON, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND [Hon. Francis J. Boyle, Senior U.S. District Judge] __________________________ ____________________ Before Torruella, Chief Judge ___________ Selya and Stahl, Circuit Judges. ______________ ____________________ Arthur J. Toegemann on brief pro se. ___________________ William F. Holt, Assistant City Solicitor, on brief for appellee ________________ City of Cranston. Seth E. Bowerman and Hanson, Curran, Parks & Whitman on brief for ________________ ________________________________ appellees Saratoga Hospital and Butler Hospital. Joseph A. Keough, Jr., Francis X. Flaherty and Wynn & Wynn on ______________________ ___________________ ____________ brief for appellee Peter Palombo, Jr. ____________________ ____________________  Per Curiam. Upon review of the record and the parties' ___________ briefs on appeal, we are persuaded that the district court's order was fully justified by the plaintiff's history of filing meritless actions against many of the named defendants. Accordingly, the judgment of the district court is affirmed. See Local Rule 27.1. Costs to appellees. ________ ___ -2-